Same case below, 583 F.3d 849.

**No. 09-772. Western Radio Services Company, et al., Petitioners v. United States Forest Service, et al.**

559 U.S. 1106, 130 S. Ct. 2402, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3705.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 578 F.3d 1116.

**No. 09-900. Linda Anita Carty, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1106, 130 S. Ct. 2402, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3735,

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 583 F.3d 244.

**No. 09-910. Elias H. Attea, Jr., Petitioner v. Department of Taxation and Finance of New York, et al.**

559 U.S. 1106, 130 S. Ct. 2403, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3699.

May 3, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 64 App. Div. 3d 909, 883 N.Y.S.2d 610.

**No. 09-912. Issam Mohamad Ghazali, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1106, 130 S. Ct. 2403, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3739.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 585 F.3d 289.

**No. 09-914. Jack A. Markell, Governor of Delaware, et al., Petitioners v. The Office of the Commissioner of Baseball, et al.**

559 U.S. 1106, 130 S. Ct. 2403, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3712.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 579 F.3d 293.

**No. 09-1008. Michael Scott, et ux., Petitioners v. Samuel I. White, P.C. et al.**

559 U.S. 1106, 130 S. Ct. 2404, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3863.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.